JAMES F. WALSH PAPER CORPORATION, Respondent, *v.* CRYSTAL-COTE, INC., Appellant, et al., Defendant.

Argued December 8, 1942; decided January 14, 1943.

*Neil P. Cullom, Henry W. Steingarten* and *Robert H. Mulreany* for appellant.

*Irving S. Abrams* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts.   No opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.   Taking no part: LEHMAN, Ch. J.